In the Matter of GREGORY FILACTOS, Appellant, against JOSEPH D. MC-GOLDRICK, as State Rent Administrator, Respondent.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [See *ante*, p. 771.]

WATERMAN CORPORATION et al., Respondents, v. JAMES M. JOHNSTON et al., Defendants, and RHODE ISLAND INSURANCE COMPANY et al., Respondents. LUCILLE KALT, Objecting Stockholder, Appellant.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Dore, J. P., Cohn, Callahan and Van Voorhis, JJ. [See 279 App. Div. 1073.]

AARON GRAY et al., v. MILTON KAUFMAN et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Cohn, J. P., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [See *ante*, p. 764.]

THE PEOPLE OF THE STATE OF NEW YORK v. FORREST TURMAN.— Motion for leave to appeal to the Court of Appeals or for reargument denied. Present — Peck, P. J., Glennon, Dore and Van Voorhis, JJ. [See 279 App. Div. 983.]

LEE SCHOLARSHIP FUND, INC., v. ADELE HOLLANDER et al.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Cohn, J. P., Callahan, Van Voorhis, Heffernan and Bergan, JJ. [See *ante*, p. 769.]

C. L. HOLDING CORP. v. SCHUTT COURT HOMES, INC., et al.— Motion granted only to the extent of directing resettlement of the order setting forth the findings of fact reversed and the new findings of fact by this court. Settle order on notice. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ. [See *ante*, p. 341.]